UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| EVE DEBAERE,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>        Defendant. | Case No. **3:18-CV-00808-REP** |

NOTICE OF SETTLEMENT AND
REQUEST FOR TERM TO FILE DISMISSAL PLEADING

Plaintiff, Eve DeBaere, by and through undersigned counsel, hereby gives notice that Plaintiff and Defendant, Capital One Bank (USA), N.A., have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests fourteen (14) days to finalize the settlement documents and file proper pleadings to close this matter. Plaintiff also requests that the settlement conference scheduled for May 20, 2019, as well as all other case deadlines, be set aside.

Dated: _____May 10, 2019_____

By: ***Francis Webb***
Francis Alexander Webb
*Attorney for Plaintiff, Eve DeBaere*
Law Office F A Webb, PLLC
4103 Chain Bridge Rd. Suite 300
Fairfax, VA 22030
Tel. (703) 539-2003
Email: frank@fawebb.com

>Carlos C. Alsina
>Admitted *Pro Hac Vice*
>LAW OFFICES OF JEFFREY LOHMAN, P.C.
>4740 Green River Rd., Suite 310
>Corona, CA 92880
>(657) 363-3331
>CarlosA@jlohman.com
>*Attorney for Plaintiff Eve DeBaere*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically give notice to all counsel of record, including counsel for Defendant.

>BY: */s/ Francis Webb*
>*Attorney for Plaintiff, Eve DeBaere*